THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT FEY, as an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AURIGA/AURORA GENERAL PARTNERSHIP<br><br>　　　　　Defendant. | IN LAW AND ADMIRALTY<br><br>Case No. 2:19-cv-01793-TSZ<br><br>**ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES OF DEFENDANT AURIGA/AURORA GENERAL PARTNERSHIP** |

FOR ANSWER to Plaintiff's Complaint, Defendant Auriga/Aurora General Partnership ("Answering Defendant"), by and through its counsel of record, responds and alleges as follows:

1.1.　The allegations in this paragraph appear to present questions of law for the Court's determination to which no affirmative response appears required from Answering Defendant. Answering Defendant does not contest this Court's jurisdiction over this matter.

2.1.　Admitted.

2.2.　Admitted.

ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES - Page 1
Case No. 2:19-cv-01793-TSZ
{29126-00574501;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106

2.3.   Admitted for purposes of the Jones Act that Answering Defendant employed Plaintiff as a seaman on F/V AURORA at relevant times.  The remaining allegation in this paragraph is duplicative of paragraph 2.2.  Except as specifically admitted, the allegations in this paragraph are denied.

2.4.   Answering Defendant observes that the first clause in this paragraph is duplicative of allegations in 2.2 and 2.3.  In response to the remaining allegations, Answering Defendant is not aware of Plaintiff's intended meaning of the term "managed and/or operated" F/V AURORA, however, admits as stated above that Answering Defendant owned the vessel and contracted with her crew including Plaintiff to perform duties necessary for the vessel's intended operations, and to that extent only the remaining allegations in this paragraph are admitted.

3.1.   Denied.

3.2.   Admitted.

3.3.   Admitted.

3.4.   Admitted that when the master link broke, Plaintiff's leg was in the bight of a line attached to the gear, which line tightened on Plaintiff's leg.  Except as specifically admitted, the allegations in this paragraph are denied.

3.5.   Admitted, subject to peril of the sea.

3.6.   The allegations in this paragraph appear to present questions of law for the Court's determination to which no affirmative response appears required from Answering Defendant.

ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES - Page 2
Case No. 2:19-cv-01793-TSZ
{29126-00574501;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106

To the extent a response may be required, Answering Defendant denies the F/V AURORA was unseaworthy in connection with Plaintiff's alleged injury.

3.7. Denied.

3.8. Denied.

3.9. Admitted.

3.10. Denied.

3.11. Denied.

4.1. Denied.

4.2. Denied.

5.1. The allegations in this paragraph appear to present questions of law for the Court's determination to which no affirmative response appears required from Answering Defendant. To the extent a response may be required, Answering Defendant denies the allegations in this paragraph.

6.1. Denied.

7.1. The allegations in this paragraph appear to present questions of law for the Court's determination to which no affirmative response appears required from Answering Defendant. To the extent a response may be required, Answering Defendant alleges that Plaintiff has received all maritime benefits to which he may be entitled, and is not aware that Plaintiff has claimed otherwise.

ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES - Page 3
Case No. 2:19-cv-01793-TSZ
{29126-00574501;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106

Case 2:19-cv-01793-TSZ   Document 12   Filed 01/06/20   Page 4 of 6

8.1. The allegations in this paragraph appear to present questions of law for the Court's determination to which no affirmative response appears required from Answering Defendant. Deny Prayer for Relief.

BY WAY OF FURTHER ANSWER, and for its Affirmative Defenses, Answering Defendant states:

1. Plaintiff has failed, in whole or in part, to state a claim upon which relief can be granted.

2. Plaintiff's claims should be barred or his damages reduced on account of Plaintiff's own comparative fault.

3. Plaintiff's claims are barred by his own breach of his primary duty as bosun of F/V AURORA.

4. Plaintiff's claims are barred on account of his alleged injuries resulting from a peril of the sea.

5. Plaintiff has failed to take reasonable steps to mitigate his damages.

6. Plaintiff has received all no fault general maritime benefits to which he may be entitled.

7. Answering Defendant is contractually entitled to set off for advances tendered to Plaintiff at Plaintiff's request.

8. Allegations in Plaintiff's Complaint lack evidentiary support, to wit, paragraph 3.11.

ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES - Page 4
Case No. 2:19-cv-01793-TSZ
{29126-00574501;1}

Le Gros Buchanan & Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106

9. Answering Defendant reserves the right to add such other affirmative defenses as discovery may reveal.

WHEREFORE, having answered Plaintiff's Complaint and stated its Affirmative Defenses, Answering Defendant requests the following relief:

1. That Plaintiff's Complaint be dismissed with prejudice and that Plaintiff take nothing thereby.

2. That Answering Defendant's costs and attorneys' fees be taxed against the Plaintiff.

3. For such other relief as the Court may deem just and equitable.

DATED this 6th day of January, 2020.

LE GROS BUCHANAN & PAUL

By: *s/ David C. Bratz*
By: *s/ Nathan J. Beard*
   David C. Bratz, WSBA # 15235
   Nathan J. Beard, WSBA # 45632
   4025 Delridge Way SW Suite 500
   Seattle, WA  98106
   Tel:  (206) 623-4990
   Fax:  (206) 467-4828
   Email:    dbratz@legros.com
   nbeard@legros.com

Attorneys for Defendant AURIGA/AURORA GENERAL PARTNERSHIP

ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES - Page 5
Case No. 2:19-cv-01793-TSZ
{29126-00574501;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day she caused to be served in the manner noted below, a copy of the document to which this certificate is attached, on the following counsel of record:

| | |
|---|---|
| Joseph S. Stacey | ☒  Via E-Service through E-File |
| James P. Jacobsen | ☐  Hand Delivery |
| STACEY & JACOBSEN, LLP | ☐  E-mail |
| 4039 – 21st Avenue W., #401 | ☐  U.S. Mail |
| Seattle, WA  98199 | |
| Email: jstacey@maritimelawyer.us | |
|          jjacobsen@maritimelawyer.us | |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 6th day of January, 2020.


*s/ Jennifer Bond*
Jennifer Bond, Legal Assistant
Signed at Anacortes, Washington

ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES - Page 6
Case No. 2:19-cv-01793-TSZ
{29126-00574501;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106