**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ROBERT K. FEY, | At Law or In Admiralty |
| Plaintiff, | No. 2:19-CV-01793-TSZ |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE** |
| AURIGA/AURORA GENERAL PARTNERSHIP, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Continue. The Court, having reviewed Defendant's moving papers and supporting declarations, the Plaintiff's response papers and supporting materials, and the Defendant's reply papers, finds Defendant's motion is supported by good cause per Local Rule 16(b)(4) and grants Defendant's Motion to Continue. The Court modifies the scheduling order as follows:

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Event | Current Date | Proposed Date |
|---|---|---|
| JURY TRIAL DATE | November 30, 2020 | October 18, 2021 |
| Length of Trial | 8 days | 8 days |
| Deadline for joining additional parties | February 27, 2020 | January 21, 2021 |
| Deadline for amending pleadings | May 11, 2020 | January 21, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 11, 2020 | April 19, 2021 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | July 2, 2020 | May 20, 2021 |
| Discovery completed by | August 10, 2020 | June 18, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | September 10, 2020 | July 26, 2021 |
| All motions related to expert witnesses (e.g., a Daubert motion) must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter (see LCR 7(d)) | September 17, 2020 | August 4, 2021 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | October 29, 2020 | September 15, 2021 |
| Agreed Pretrial Order due | November 13, 2020 | September 29, 2021 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | November 13, 2020 | September 29, 2021 |
| Pretrial conference to be scheduled by the Court | November 20, 2020 | October 6, 2021 |

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

SO ORDERED.

DATED this _____ day of _____, 2020.

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

*Proposed Order presented by*:
LE GROS BUCHANAN & PAUL
David C. Bratz, WSBA # 15235
Nathan J. Beard, WSBA #45632
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
T: 206-623-4990
F: 206-467-4828
Email: dbratz@legros.com, nbeard@legros.com
Attorneys for Defendant AURIGA/AURORA GENERAL PARTNERSHIP

{29126-00611369;2}

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE – Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joseph S. Stacey
James P. Jacobsen
STACEY & JACOBSEN, LLP
4039 – 21st Avenue W., #401
Seattle, WA 98199
Email: jstacey@maritimelawyer.us
         jjacobsen@maritimelawyer.us

☐ Via U.S. Mail
☐ Via Email Transmission
☑ Via CM/ECF Electronic Filing/E-Service
☐ Via Hand Delivery

I certify under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Signed at Shoreline, Washington.

s/Nathan J. Beard
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone: 206-623-4990
Facsimile: 206-467-4828
nbeard@legros.com

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990