UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT K. FEY,

            Plaintiff,

  v.

AURIGA/AURORA GENERAL PARTNERSHIP,

            Defendant.

C19-1793 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Defendant's motion, docket no. 23, to strike plaintiff's response, docket no. 19, to defendant's motion to continue trial is DENIED.  Although defendant's motion was noted for the third Friday after filing, it is the type of motion that may be noted for the second Friday after filing, and as to which any response is due by the Wednesday before the noting date.  <u>See</u> Local Civil Rule 7(d)(2).  Plaintiff's response, which was filed on the Wednesday before the noting date of defendant's motion to continue trial, was timely filed.

      (2)    Defendant's motion, docket no. 15, to continue the trial date is GRANTED in part and DENIED in part as follows.  The Court finds good cause to continue the trial date and related deadlines.  Defendant's request to reset the already expired deadlines for joining parties and amending pleadings is, however, DENIED.  The Court SETS the following dates and deadlines:

| **JURY TRIAL DATE (8 days)** | **October 18, 2021** |
|---|---|
| Disclosure of expert testimony | March 15, 2021 |
| Discovery motions filing deadline | May 6, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| Discovery completion deadline | June 4, 2021 |
| Dispositive motions filing deadline | July 8, 2021 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | July 15, 2021 |
| Motions in limine filing deadline | September 16, 2021 |
| Agreed pretrial order due | September 30, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | September 30, 2021 |
| Pretrial conference | October 8, 2021 at 1:30 p.m. |

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2